IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES HENRY ROBINSON, JR.** : | |
|     **Plaintiff,** : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 18-CV-2349** |
| : | |
| **HOMESERVICES OF AMERICA, INC.,** : | |
| *et al.*, : | |
|     **Defendants.** : | |

## ORDER

AND NOW, this 22nd day of October, 2018, upon consideration of Plaintiff Charles Henry Robinson Jr.'s Motion for Leave to Proceed *In Former Pauperis* (ECF No. 10), and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** for the reasons set forth in the Court's Memorandum.

4. Robinson is given leave to file an amended complaint within thirty (30) days of the date of this Order in the event he can cure the defects noted in the Court's Memorandum by stating plausible claims within the Court's jurisdiction. Any amended complaint shall be a complete document that identifies all the defendants in the caption and describes the basis for Robinson's claims against each defendant. The amended complaint must include all the claims that Robinson seeks to pursue without relying on or referring to his initial Complaint and the attached exhibits. Any amended complaint shall not rely exclusively on exhibits to state a claim. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED** by the Court.

5. The Clerk of Court is **DIRECTED** to provide Robinson with a blank copy of this Court's current form complaint for a plaintiff filing an employment discrimination lawsuit bearing the civil action number for this case. Robinson may use this form to file his amended complaint and, if he requires additional space, may attach additional pages to account for additional allegations.

6. If Robinson fails to file an amended complaint, his case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

/s/ Juan R. Sánchez
**JUAN R. SÁNCHEZ, C.J.**